

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00228-CV

**ULLJA KUNTZE,**

**Appellant**

 **v.**

**SANDRA COWAN,**

**Appellee**

### From the 335th District Court
### Burleson County, Texas
### Trial Court No. 26,129

## O R D E R

All relief requested in the two documents titled "ULLJA KUNTZE'S REQUEST

FROM THIS COURT TO RECONSIDER ITS ORDER ISSUED ON FEB 14, 2018 (SEE A

COPY OF ORDER UNDER APPENDIX: '2')" both filed on March 1, 2018 is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion Denied
Order issued and filed August 29, 2018

